IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 1 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-02566-EWN-MEH

KATHRYN AGUIRRE,

    Plaintiff,

v.

DENVER COMMUNITY FEDERAL CREDIT UNION,

    Defendant.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: January 30, 2007

                              BY THE COURT:

                              s/Edward W. Nottingham
                              UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02566-EWN-MEH

Kathryn Aguirre
747 S. Sherman St
Denver, CO 80209

US Marshal Service
Service Clerk
Service forms for: Denver Community Federal Credit Union

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Denver Community Federal Credit Union: AMENDED COMPLAINT FILED 01/19/07, SUMMONS, NOTICE OF WAIVER, AND CONSENT FORM on 2-1-07.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"*<br>*on the reverse of this form.* |
|---|---|

| PLAINTIFF<br>Kathryn Aguirre | COURT CASE NUMBER<br>06-cv-02566-EWN-MEH |
|---|---|
| DEFENDANT<br>Denver Community Federal Credit Union | TYPE OF PROCESS<br>s/c |

**SERVE AT** →

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Denver Community Federal Credit Union

ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*
1075 Acoma St., Denver, CO 80204

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kathryn Aguirre
747 S. Sherman St.
Denver, CO 80209

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Personal Service

| Signature of Attorney or other Originator requesting service on behalf of: Deputy Clerk | X PLAINTIFF<br>___ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>02/01/07 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ___ have personally served, ___ have legal evidence of service, ___ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

___ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)* | ___ A person of suitable age and discretion then residing in the defendant's usual place of adobe. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service | Time | am<br>pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|