IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02566-EWN-MEH

KATHRYN AGUIRRE,

    Plaintiff,

v.

DENVER COMMUNITY FEDERAL CREDIT UNION,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 16, 2007.**

    Defendant's Unopposed Motion for Defendant's Insurance Claim Adjuster to Appear at Settlement Conference by Telephone [Filed 7/12/07; Doc #23] is **granted**. The insurance adjuster is requested to call chambers at (303) 844-4507 on July 18, 2007 at 9:55 a.m. MDT.